UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Docket No. 7:96CR00051-1
Southern Division

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DESTRUCTION OF** |
| | ) | **SEIZED PROPERTY/ AMMUNITION** |
| Charles Roberts | ) | |

    Charles Roberts appeared before the Honorable James C. Fox, Senior U.S. District Judge, sitting in the court at Wilmington, North Carolina, on January 22, 1997, and pursuant to an earlier plea of guilty to 7 U.S.C. § 2024 (b) 1), Illegal Trafficking in Food Stamps, was sentenced to a 60 month term of probation under the standard conditions of supervision along with conditions of home confinement and warrantless searches.

    On August 18, 1999, during a search of Roberts' residence, several weapons and ammunition were seized from Roberts. On August 23, 2005, an Order was signed by the court to destroy the seized weapons and subsequently, on October 6, 2005, these weapons were in fact destroyed.

    The probation officer seeks the court's approval for removal of the seized property/ammunition from secure inventory by destruction of said seized property/ammunition.

    It is Therefore, Ordered that the seized property/ammunition be destroyed by the probation office by crushing, cutting, breaking, or deforming in such a manner to ensure that said seized property/ammunition is rendered totally and permanently inoperable.

This the 21st day of May, 2008.

James C. Fox
Senior U.S. District Judge